UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                 Case No. 1:21-cr-69-4

v.

                                 HON. JANE M. BECKERING

ANDRE JACKSON,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on October 12, 2022 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.     The Report and Recommendation of the Magistrate Judge (ECF No. 245) is approved and adopted as the opinion of the Court.

2.     Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count Four of the Superseding Indictment.

3.     The written plea agreement is hereby continued under advisement pending sentencing.

4.     Defendant's Motion in limine (ECF No. 170) is dismissed as moot.

Dated:  October 27, 2022                         _/s/ Jane M. Beckering_____
                                           JANE M. BECKERING
                                         United States District Judge